

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00198-CR

Antonio **PULIDO-MAYA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 11-11-0273-CRA
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 11, 2013.

_____
Luz Elena D. Chapa, Justice